**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Luis Olmo <br>     Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 13-15807 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4714

                Respectfully submitted,

                **/s/Thomas Puleo, Esquire**
                Thomas Puleo, Esquire
                Brian C. Nicholas, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406