United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-15807-mdc
Luis Olmo                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                Page 1 of 2              Date Rcvd: May 16, 2018
                               Form ID: 138NEW           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db          +Luis Olmo,    4611 Torresdale Avenue,    Philadelphia, PA 19124-3431
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 E. Bethpage Road,    Plainview, NY 11803-4224
cr          +Federal National Mortgage Association (Fannie Mae,    c/o Rosicki, Rosicki, & Associates, P.C.,
              51 E. Bethpage Rd,    Plainview, NY 11803-4224
cr          +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
13120164    +++Capital Recovery V, LLC,    PO Box 12931,    Norfolk, VA 23541-0931
13095612     Chase Bank,    Mail Code: OH4-7302,    P.O. Box 24696,    Columbus, OH 43224-0696
13390046    +++Federal National Mortgage Association,    Fannie Mae c/o Seterus Inc.,    PO Box 1047,
              Hartford, CT 06143-1047
13179903    +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13188215    +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
              700 Kansas Lane,    Monroe, LA 71203-4774
13145153    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13117662    +++Recovery Management Systems Corporation,    Capital Recovery V, LLC,    PO Box 12931,
              Norfolk, VA 23541-0931
13840491    +Seterus Inc. for Federal National Mortgage,    Association (Fannie Mae),    c/o THOMAS I. PULEO,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13095613     Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
13176669    +Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
13179491     Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
              Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 17 2018 02:22:58     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:21:55
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:54     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov May 17 2018 02:22:58     City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr           E-mail/PDF: rmscedi@recoverycorp.com May 17 2018 02:17:45     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13098554     E-mail/Text: ebnbankruptcy@ahm.honda.com May 17 2018 02:22:39
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
13185455    +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:18:31     CACH, LLC,
              4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
13178398     E-mail/Text: bankruptcy@phila.gov May 17 2018 02:22:58     City of Philadelphia Law Department,
              Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13206036     E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:18:30
              LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13173283     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:22
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13095611      Bank of America
13095614      Wells Fargo Card Services
cr*          +CACH, LLC,    4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0313-2              User: John                 Page 2 of 2                  Date Rcvd: May 16, 2018
                                  Form ID: 138NEW            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc..
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DIANE E. BARR    on behalf of Debtor Luis  Olmo barrdupree09@yahoo.com,   dbarrcg@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer
               for Fannie Mae, as owner and holder of account/contract originated by n/a
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Luis Olmo
      Debtor(s)

Bankruptcy No: 13−15807−mdc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

          For The Court

          Timothy B. McGrath
          Clerk of Court

Dated: 5/16/18

104 − 103
Form 138_new