Certificate Number: 05781-PAE-DE-031104680

Bankruptcy Case Number: 13-15807



05781-PAE-DE-031104680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2018, at 7:51 o'clock AM PDT, Luis Olmo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 30, 2018                    By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President